# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| JOHN DUPUY, AKA JOHN DUPRY[1] | CIVIL ACTION NO. 08-1040 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RIVERBEND DETENTION CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. Nos. 9 & 10],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights action be DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 21st day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] In his original complaint and application for in forma pauperis status [Doc. Nos. 1 & 2], Plaintiff identified himself as "John Dupry"; in his amended complaint and motion for counsel [Doc. Nos. 5 & 6], he identified himself as "John Dupuy." The latter is the correct spelling, according to the Vinelink prisoner data base. *See* https://www.vinelink.com.